```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGE FRADKOFF,

                Plaintiff,

    - against -

RONALD WINSTON et al.,

               Defendants.

24 Civ. 1830 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Plaintiff is hereby **ORDERED** to respond on or before August 22, 2024 to defendants' letter dated August 15, 2024 (see Dkt. No. 26).

**SO ORDERED.**

Dated:    16 August 2024
             New York, New York

                                            Victor Marrero
                                            U.S.D.J.