**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SERGE FRADKOFF,

                                  Plaintiff,

         -against-

RONALD WINSTON, WILLIAM
STADIEM, SKYHORSE PUBLISHING,
and SIMON & SCHUSTER,

                                Defendants.
-----------------------------------------------------------------X

**24 Civ. No. 1830 (VM) (GS)**

**VIDEO CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Conference before the undersigned on **Friday, March 7, 2025 at 10:00 a.m.** to discuss Plaintiff's pending Motion for Settlement Conference (Dkt. No. 44) and Defendants' opposition thereto (Dkt. No. 45). The Parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [269 631 954 112]  Passcode: [V5te234q]**

      **SO ORDERED.**

DATED:    New York, New York
               March 3, 2025

_____
The Honorable Gary Stein
United States Magistrate Judge