USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SERGE FRADKOFF,

              Plaintiff,

- against -

RONALD WINSTON, WILLIAM STADIEM, SKYHORSE PUBLISHING, and SIMON & SCHUSTER,

              Defendants.

---

24 Civ. 1830 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of counsel's suggestion of death noting that Plaintiff Serge Fradkoff ("Fradkoff") passed away during the pendency of this action. (See Dkt. No. 51.)

    On June 23, 2025, the Court granted Defendants' motion to dismiss Fradkoff's claim, but permitted Fradkoff to move for leave to amend the complaint by July 23, 2025. (See Dkt. No. 50.) Under Federal Rule of Civil Procedure 25(a)(1), a motion for substitution must be filed within 90 days after service of the statement noting Plaintiff's death.

    Accordingly, the parties are directed to meet and confer and propose a schedule by July 29, 2025, addressing both the deadline to file a motion for substitution and the deadline to seek leave to amend the complaint.

**SO ORDERED.**

Dated:    15 July 2025
           New York, New York

_____
Victor Marrero
U.S.D.J.