USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____1/6/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X

SERGE FRADKOFF,

        *Plaintiff,*

v.

RONALD WINSTON; WILLIAM
STADIEM; SKYHORSE PUBLISHING;
and SIMON & SCHUSTER,

        *Defendants.*

--------------------------------------------------X

Case No.:  1:24-cv-1830-VM

NOTICE OF MOTION

## MOTION OF DANIEL FRADKOFF
## FOR SUBSTITUTION AS PLAINTIFF UNDER RULE 25(a)(1)

PLEASE TAKE NOTICE that Daniel Fradkoff, acting in his capacity as the successor and

sole heir of Serge Fradkoff, the named Plaintiff in this action, respectfully moves this Court for an

order substituting him as Plaintiff under Federal Rule of Civil Procedure 25(a)(1) and, in support

thereof, submits the accompanying affidavit and memorandum of law.

Dated: New York, New York
      January 05, 2026

SALZANO ETTINGER & LAMPERT, LLP

By:____/s/ Frank Salzano_____
Frank Salzano, Esq.
104 West 40th Street, 14th Floor
New York, New York 10018
SDNY Bar No.: FS4861
Phone: (212) 417-0429
Facsimile: (646) 365-3119
fsalzano@selwlaw.com

Attorneys for Plaintiff

Request **GRANTED**.

**SO ORDERED.**

1/6/2026
DATE

VICTOR MARRERO, U.S.D.J.

TO:  All Counsel via ECF