USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__8/14/2026__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DANIEL FRADKOFF, as successor to SERGE FRADKOFF,

                             Plaintiff,

         - against -

RONALD WINSTON, WILLIAM STADIEM, SKYHORSE PUBLISHING, and SIMON & SCHUSTER,

                          Defendants.

**24 CV 1830 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

A Second Amended Complaint in the above-captioned matter was filed on July 9, 2026. (Dkt. No. 73.) Defendants filed an answer on August 13, 2026. (Dkt. No. 76.)

Accordingly, the parties are hereby directed to submit a joint letter, within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan that provides that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the

1

Court's    website:    https://nysd.uscourts.gov/hon-victor-marrero.


**SO ORDERED.**

Dated:    14 August 2026
          New York, New York

                                          Victor Marrero
                                          U.S.D.J.

2